# United States Court of Appeals
## For the First Circuit

No. 15-2374

UNITED STATES,

Appellee,

v.

DANIEL E. CARPENTER,

Defendant, Appellant.

_____

Before

Howard, Chief Judge,
Torruella and Thompson, Circuit Judges.

_____

**JUDGMENT**

Entered: February 16, 2016

    By order entered January 14, 2016, the court directed the parties to "show cause" why this appeal should not be dismissed as untimely pursuant to Fed. R. App. P. 4(b)(1)(A)(i). That rule is a non-jurisdictional claims-processing rule but is mandatory when timely invoked by the government. See United States v. Reyes-Santiago, 804 F.3d 453, 458 (1st Cir. 2015) (treating Rule 4(b)(1)(A)(i) as a non-jurisdictional claims-processing rule); United States v. Gonzalez-Rodriguez, 777 F.3d 37, 40 n.4 (1st Cir. 2015) ("[T]he [Rule 4(b)(1)(A)(i)] time limits, even if not jurisdictional, are mandatory when raised by the government."); see also Eberhart v. United States, 546 U.S. 12, 19 (2005) (per curiam) ("Robinson is correct not because the District Court lacked subject-matter jurisdiction, but because district courts must observe the clear limits of the Rules of Criminal Procedure when they are properly invoked.").

    With its response to the "show cause" order, the government has invoked the Rule 4(b)(1)(A)(i) time limit. The notice of appeal indeed was filed beyond the deadline provided by Rule 4(b)(1)(A)(i), and Carpenter seemingly concedes as much. We have considered carefully each of Carpenter's arguments for non-application of the rule but find none to be compelling. Accordingly, pursuant to Local Rule 27.0(c), the appeal is **DISMISSED** as untimely.

By the Court:

<u>/s/ Margaret Carter, Clerk</u>

cc:
Robert Michael Goldstein
Martin G. Weinberg
A. John Pappalardo
Daniel E. Carpenter
Kimberly Homan
Gary R. Greenberg
Paula J. DeGiacomo
Jack E. Robinson
Mary Beth Murrane
Kelly Begg Lawrence
Dina Michael Chaitowitz
Mark J. Balthazard
Michael J. Pineault
Jonathan F. Mitchell
Christopher Richard Donato